# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE
_____

**MICHAEL CHICHERCHIA**

    vs.                                **CASE NUMBER: 6:10-CV-899**
                                                      **(NAM/DEP)**

**WIBX RADIO**
_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Complaint filed by Plaintiff Michael Chicherchia on July 22, 2010 is DISMISSED.

All of the above pursuant to the Order of the Honorable Chief District Judge Norman A. Mordue, dated the 30th day of September, 2010.

DATED: September 30, 2010

*[signature]*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk